# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | |
|---|---|
| Michael Ver Hagen d/b/a Data Design ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:22-cv-1245-JPS |
| BeneTek, Inc. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

Michael Ver Hagen d/b/a Data Design                                                .

Date:   05/09/2024

/s/John P. Fredrickson
*Attorney's signature*

John P. Fredrickson Wis. Bar #1009063
*Printed name and bar number*

Boyle Fredrickson, S.C.

840 Plankinton Ave.

Milwaukee, WI 53203

*Address*

jpf@boylefred.com
*E-mail address*

(414) 225-1661
*Telephone number*

(414) 225-9753
*FAX number*